UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62728-CIV-ZLOCH

GARY KOLLIN,

       Plaintiff,

vs.                                                     **V E R D I C T**

JASON DORSETT, individually, and
SCOTT J. ISRAEL, as Sheriff of
BROWARD COUNTY, Florida,

       Defendants.
_____/

    WE, THE JURY, return the following Verdict:

    Do you find by a preponderance of the evidence:

    1.   That Defendant Dorsett had probable cause to arrest Plaintiff for the crime of obstruction?

    Yes __*Yes*__          No _____

[**NOTE**: If you answered "YES" to Question No. 1, your verdict is for the Defendants, and this ends your deliberations, and your foreperson should date and sign the Verdict Form, and advise the Marshal by a note that you have reached your Verdict.  If you answered "NO" to Question No. 1, please proceed to Question Nos. 2. and 3.]

    2.   That Plaintiff should be awarded compensatory damages?

    Yes _____          No _____

    If your answer is "YES," in what amount?

    $ _____

3. That Defendant Dorsett acted in bad faith, with malicious purpose, or in a manner exhibiting wanton and willful disregard of Plaintiff's human rights, safety, or property?

Yes_____     No_____

SO SAY WE ALL.

__11/2/2017__
DATE                                    JURY FOREPERSON