UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-CV-62728-ZLOCH/HUNT

GARY KOLLIN,

    Plaintiff,

vs.

JASON DORSETT, individually,
and SCOTT J. ISRAEL, as Sheriff of
Broward County, Florida

    Defendants.
_____/

## JOINT NOTICE OF AGREEMENT AS TO TAXABLE COSTS AND NOTICE OF FILING PROPOSED FINAL JUDGMENT FOR COSTS

COME NOW the Plaintiff, GARY KOLLIN, and the Defendants, JASON DORSETT, individually, and SCOTT J. ISRAEL, as Sheriff of Broward County, Florida, by and through their respective undersigned attorneys, and state:

1. Upon the jury verdict in this matter, and without the necessity of further formal motion practice, the parties have resolved all issues related to taxable costs.

2. The parties stipulate and agree to the entry of a Final Judgment for Costs in the amount of Four Thousand Six Hundred Fifty One and 50/100 Dollars ($4,651.50).

3. A proposed Final Judgment for Costs is attached to this notice as Exhibit A.

| | |
|---|---|
| Hugh L. Koerner, Esq.<br>HUGH L. KOERNER, P.A.<br>*Attorneys for Plaintiff*<br>Sheridan Executive Centre<br>3475 Sheridan Street, Suite 208<br>Hollywood, Florida 33021<br>Telephone:   (954) 522-1235<br>Facsimile:    (954) 522-1176<br>hlklaw@hughkoerner.com<br><br>By:   /s/*Hugh L. Koener*<br>       Hugh L. Koerner<br>       Florida Bar No. 716952 | Michael R. Piper, Esq.<br>Christopher J. Stearns, Esq.<br>JOHNSON, ANSELMO, MURDOCH,<br>BURKE, PIPER & HOCHMAN, PA<br>*Attorneys for Defendants*<br>2455 E. Sunrise Boulevard, Suite 1000<br>Fort Lauderdale, Florida 33304<br>Telephone:   (954) 463-0100<br>Facsimile:    (954) 463-2444<br>piper@jambg.com<br>stearns@jambg.com<br><br>By:   /s/*Michael R. Piper*<br>       Michael R. Piper<br>       Florida Bar No.710105<br>       Christopher J. Stearns<br>       Florida Bar No. 557870 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of December, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
Attorneys for Defendants
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone.:   (954) 463-0100
Facsimile.:    (954) 463-2444


By:   s/*Michael R. Piper*
       MICHAEL R. PIPER
       Florida Bar No.:  710105

## **SERVICE LIST**

**Hugh L. Koerner, Esq.**
Hugh L. Koerner, P.A.
Attorneys for Plaintiff, Gary Kollin
Sheridan Executive Centre
3475 Sheridan Street, Suite 208
Hollywood, FL 33021
Telephone: 954-522-1235
Facsimile: 954-522-1176
hlklaw@hughkoerner.com

**Michael R. Piper, Esquire**
**Christopher J. Stearns, Esquire**
Johnson, Anselmo, Murdoch,
Burke, Piper & Hochman, P.A.
Attorneys for Defendants
2455 East Sunrise Boulevard., Suite 1000
Fort Lauderdale, Florida 33304
Telephone.:   (954) 463-0100
Facsimile.:   (954) 463-2444
piper@jambg.com & stearns@jambg.com