UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-CV-62728-ZLOCH/HUNT

GARY KOLLIN,

    Plaintiff,

vs.

JASON DORSETT, individually,
and SCOTT J. ISRAEL, as Sheriff of
Broward County, Florida

    Defendants.
_____/

## FINAL JUDGMENT FOR COSTS

On November 6, 2017, the Clerk of the Court docketed this Court's November 3, 2017, Final Judgment. (DE 104). This matter now is before the Court upon the agreement of the parties as to the amount of properly taxable costs. (DE 108).

Pursuant to the parties' agreement and Federal Rule of Civil Procedure 58, it is

ADJUDGED that Plaintiff, Gary Kollin, shall pay costs to Defendants, Jason Dorsett, individually, and Scott J. Israel, as Sheriff of Broward County, in the amount of Four Thousand Six Hundred Fifty One and 50/100 Dollars ($4,651.50), for which let execution issue.

DONE AND ORDERED in chambers at Fort Lauderdale, Broward County, Florida, this ___ day of _____, 2017.

                                                                                _____
                                                                                William J. Zloch
                                                                                Sr. United States District Judge

cc    All Counsel of Record